# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br>      Plaintiff,<br><br>      v.<br><br>ROBERT MEDINA, et al.,<br>      Defendants. | CV 18-974 DSF (SPx)<br><br><br>JUDGMENT |

    The Court having granted Plaintiff Samuel Love's Motion for Summary Judgment against Defendants Robert Medina and Alma E. Medina on Love's Unruh Civil Rights Act claim,

    IT IS ORDERED AND ADJUDGED that Love is awarded $4,000 in statutory damages, $14,670 in reasonable attorneys' fees, and $400 in costs, for a total amount of $19,070.

    IT IS SO ORDERED.

Date: September 13, 2021

                                              Dale S. Fischer
                                              United States District Judge